IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 3 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03073-BNB

CG HUT, et al.,

    Plaintiff,

v.

GREAT WEST LIFE & ANNUITY, et al.,

    Defendant.

## ORDER OF DISMISSAL

CG Hut currently resides in Denver, Colorado. Mr. Hut, acting *pro se*, initiated this action by submitting a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. On December 22, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Hut to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Hut to submit his claims on a Court-approved Complaint form used by *pro se* litigants and to provide a properly notarized and completed § 1915 Motion and Affidavit. Mr. Hut was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Hut has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to

prosecute.

        DATED at Denver, Colorado, this  31st  day of     January      , 2011.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, Judge
                                United States District Court

Case 1:10-cv-03073-LTB  Document 6  Filed 01/31/11  USDC Colorado  Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03073-BNB

CG Hut
6720 East Mississippi Ave. # A
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk